| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Forester, Karl S. | United States District Court | 05/14/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Article III Judge | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final | 01/01/2008 to 12/31/2008 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 2165 Lexington, KY 40588 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2009 MAY 19 A 10: 25 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Forester_Karl_S

| Name of Person Reporting | Date of Report |
|---|---|
| Forester, Karl S. | 05/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Forester, Karl S. | 05/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Forester, Karl S. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Phoenix Small Cap Value Fund name change to Virtus Small Cap | A | Dividend | K | T | | | | | |
| 2. Wachovia Moneymart Funds | A | Dividend | K | T | | | | | |
| 3. Duke Power Co. | A | Dividend | J | T | | | | | |
| 4. Income Fund of AM. | D | Dividend | L | T | | | | | |
| 5. Investment Co. of AM. | D | Dividend | M | T | | | | | |
| 6. Immunomedics Inc. Del. | | None | J | T | | | | | |
| 7. Webster Fin. Corp. | C | Dividend | K | T | | | | | |
| 8. BB&T | A | Interest | J | T | | | | | |
| 9. Central Bank & Trust Co. | A | Interest | J | T | | | | | |
| 10. Dryden Int. Equity Fund | A | Dividend | K | T | | | | | |
| 11. S1 Corp. | | None | L | T | | | | | |
| 12. Hlth Corp | | None | J | T | | | | | |
| 13. Alcatel - Lucent ADR | | None | J | T | | | | | |
| 14. LSI Corp. | | None | J | T | | | | | |
| 15. Dupree Mutual Funds KY Tax-Free Income Series | D | Dividend | M | T | | | | | |
| 16. General Electric Co. | B | Dividend | K | T | | | | | |
| 17. DPL Inc. | B | Dividend | K | T | | | | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Forester, Karl S. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Van Kampen Investments S&P Powerpicks 2007 | | None | | | Redeemed | 4/16 | L | A | |
| 19. Ciena Corp. | | None | J | T | | | | | |
| 20. Wachovia Corp. | A | Dividend | J | T | | | | | |
| 21. Baron Select FDS Baron Partners FD | | None | | | Sold | 8/5 | J | A | |
| 22. Black Rock Funds Large Cap Value FD | | None | | | Sold | 8/5 | J | A | |
| 23. Bridge Way FD Inc. Ultra-Small Co. Tax Adv | | None | | | Sold | 8/5 | J | A | |
| 24. Diamond Hill Funds Small Cap FD CLA | A | Dividend | J | T | | | | | |
| 25. Dodge & Coix Intl Stock Fund | | None | | | Sold | 8/5 | J | A | |
| 26. Goldman Sachs Tr Fill Square MMKT FND CL1 | A | Dividend | J | T | | | | | |
| 27. Hotchkis & Wiley Core Value FD CL-1 | | None | | | Sold | 8/5 | J | A | |
| 28. Janus Invt Fd Mid Cap value FD Instl SHS | | None | | | Sold | 8/5 | J | A | |
| 29. Julius Baer Int. Equity Fund II | | None | | | Sold | 8/5 | J | A | |
| 30. Keeley Small Cap Valu Fund CL A | | None | | | Sold | 8/5 | J | A | |
| 31. Kinetics Small Cap Opportunities Fund - In st. Cl. | | None | | | Sold | 8/5 | J | A | |
| 32. Munder Mid HP Core Growth Fund Class Y | | None | | | Sold | 8/5 | J | A | |
| 33. Nuveen Tradewinds Int'l Int. Value Fund CL R | | None | | | Sold | 8/5 | J | A | |
| 34. Nationwide Mut Fds Small Cap FD CL A | | None | | | Sold | 8/5 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Forester, Karl S. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pioneer Cullen Value Fund CL Y | | None | | | Sold | 8/5 | J | A | |
| 36. SunAmerica Funds Focused Small Cap Growth CLA | | None | | | Sold | 8/5 | J | A | |
| 37. SSGA Funds - Int. Stock SEL | | None | | | Sold | 1/23 | J | A | |
| 38. Touchtone Instl Fd S TR Sands Cap Instl Growth | | None | | | Sold | 8/5 | J | A | |
| 39. CRM Mid Cap Value Fd Instl | | None | | | Sold | 8/5 | J | A | |
| 40. Wells Fargo Advantage Endeavor Select Fund | | None | | | Sold | 8/5 | J | A | |
| 41. LCGG Mason Value Trust TR Inc Nav Value Trust | A | Dividend | J | T | Buy | 8/6 | J | | |
| 42. Neuberger & Berman Small Cap 6-month Fd Investor Class | A | Dividend | J | T | Buy | 8/6 | J | | |
| 43. Harbor Small Co. Growth Fund Inv Cl. | A | Dividend | J | T | Buy | 8/6 | J | | |
| 44. Hartford Int. Growth Fund | A | Dividend | J | T | Buy | 8/6 | J | | |
| 45. Hotchkis & Wiley FDS Midcap Value Fd. Cl. 1 | A | Dividend | J | T | Buy | 8/6 | J | | |
| 46. Security Equity Fd. Midcap Value Sev Cl. A | A | Dividend | J | T | Buy | 8/6 | J | | |
| 47. Satuit Capital Micro-Cap Fund | A | Dividend | J | T | Buy | 8/6 | J | | |
| 48. Touchtone Large Cap Growth Fd. Cl 1 | A | Dividend | J | T | Buy | 8/6 | J | | |
| 49. Blackrock Fds Intl Opportunities Instl U | A | Dividend | J | T | Buy | 8/6 | J | | |
| 50. Cambiar Opportunity Fd. | A | Dividend | J | T | Buy | 8/6 | J | | |
| 51. Diamond Hills Funds Small Cap Fd. Cl A | A | Dividend | J | T | Buy | 8/6 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Forester, Karl S. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. RS Investment Funds Emerging Markets Fd. A | A | Dividend | J | T | Buy | 8/6 | J | | |
| 53. John Hancock Classic Value Fund Cl 1 | A | Dividend | J | T | Buy | 8/6 | J | | |
| 54. Harbor Intl Instl. Cl | A | Dividend | J | T | Buy | 8/6 | J | | |
| 55. Managers Time SQ M/C Grw-Pr | A | Dividend | J | T | Buy | 8/6 | J | | |
| 56. Am. Centy Mut Fds Am. Centy Vista Fd. | A | Dividend | J | T | Buy | 8/6 | J | | |
| 57. Tiaa-Cref Instl. Int. Equity Fd. | | None | | | Buy | 1/24 | J | | |
| 58. " | | | | | Sold | 8/5 | J | A | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Forester, Karl S. | 05/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544